IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SBO Pictures, Inc., | No. CV 12-00686-PHX-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| Does 1-57, | |
| Defendants. | |

IT IS ORDERED that Plaintiff's Application for Enlargement of Time to Serve Defendants (Doc. 9) is granted only to the extent that Plaintiff's time to serve process and file proof thereof is extended to September 7, 2012. No further extension will be granted. Any Defendant for whom proof of service of process has not been filed by September 7, 2012, will be dismissed without further notice to Plaintiff.

DATED this 1st day of August, 2012.

Neil V. Wake
United States District Judge