IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| SBO Pictures, Inc., | ) | No. CV 12-00686-PHX-NVW |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Does 1-57, | ) | |
| Defendants. | ) | |

Plaintiff has not filed proof of service by September 7, 2012, as ordered.  (Doc. 10.)

IT IS THEREFORE ORDERED that the Clerk enter judgment dismissing this action without prejudice for failure to serve process, failure to file proof thereof, and failure to comply with the order of August 1, 2012.   (Doc. 10.)

DATED this 13th day of September, 2012.

_____
Neil V. Wake
United States District Judge